```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                       WESTERN DIVISION
```

LARITA BERG                                                    PLAINTIFF

v.                        NO. 4:07-CV-664-RSW

METLIFE, INC. and
ECONOMY PREMIER
ASSURANCE COMPANY                                             DEFENDANTS

### Order of Dismissal Without Prejudice

The parties have stipulated that the complaint and amended complaint against seperate Defendant MetLife, Inc. be dismissed without prejudice.  The Court **ACCEPTS** this stipulation and **ORDERS** that judgement be entered in this case **DISMISSING** MetLife, Inc. from this case **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated this 28th day of January, 2008.

*/s/ Rodney S. Webb*
RODNEY S. WEBB, District Judge
United States District Court