IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARITA BERG                                                    PLAINTIFF

v.                        NO. 4:07-CV-664-RSW

METLIFE, INC. and
ECONOMY PREMIER
ASSURANCE COMPANY                                              DEFENDANTS

JUDGMENT

In accordance with the Order of Dismissal Without Prejudice entered this 28th day of January, 2008, Judgment is entered for defendant Metlife, Inc.

IT IS SO ORDERED.

Dated this 28th day of January, 2008.

JAMES M. MCCORMACK, CLERK

By: /s/ Mary Ann Rawls, Deputy Clerk