```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                      WESTERN DIVISION
```

LARITA BERG                                               PLAINTIFF

v.                      NO. 4:07-CV-664-RSW

METLIFE, INC. and
ECONOMY PREMIER
ASSURANCE COMPANY                                        DEFENDANTS

### Order of Dismissal Without Prejudice

The parties have stipulated under Fed. R. Civ. P. 41(a)(1)(A)(ii) that the Plaintiff's claim for bad faith filed against Economy Premier Assurance Company be dismissed without prejudice. The Court **ACCEPTS** this stipulation and **ORDERS** that Plaintiff's bad faith claim is **DISMISSED WITHOUT PREJUDICE**. The remainder of plaintiff's claims against Economy Premier Assurance Company are unaffected by this stipulation and order.

**IT IS SO ORDERED.**

Dated this 28th day of April, 2008.

*/s/ Rodney S. Webb*
RODNEY S. WEBB, District Judge
United States District Court